# United States District Court
## Western District of Washington

UNITED STATES OF AMERICA,
vs.
**JENNIFER L KOLAR**

FILED _____ LODGED
_____ RECEIVED
OCT 0 4 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**APPEARANCE BOND**
Case No. <u>CR06-5612FDB</u>

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

☒  **Court Appearances.** I must appear in court at the U.S. Courthouse, <u>1717 Pacific Avenue, Tacoma, Washington, Courtroom C</u>, on January 5, 2007, at <u>9:00 am</u> and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO <u>10 YEARS IMPRISONMENT AND A FINE OF $250,000.</u>**

☒  **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences

☒  **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

☒  **Address.** I must furnish on this form the address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to the Pretrial Services Office of the Court ( telephone number (253) (882-3705) within one business day.

☒  **Restrictions on Travel.** <u>Travel permitted in the Continental United States and outside the Continental United States.</u>

☒  **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _____
(Signature of Defendant)

_____
(Address)           Seattle, WA 98105

October 4, 2006
(Date Signed)

_____
(Telephone)

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

October 4, 2006
(Dated)

_____
UNITED STATES DISTRICT JUDGE

cc: Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services



06-CR-05612-BOND