UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER KOLAR,<br><br>　　　　　　　　Defendant. | CASE NO. CR06-5612RJB<br>　　　　　　　CR07-5220RJB<br><br>AMENDED CONDITIONS OF SUPERVISED RELEASE |

　　1.　　The defendant shall not commit another federal, state or local offense.

　　2.　　The defendant shall not unlawfully possess a controlled substance.

　　3.　　The defendant shall refrain from any unlawful use of a controlled substance.

　　4.　　The defendant shall submit a truthful and complete written report to her probation officer each six months.

　　5.　　The defendant shall answer truthfully all inquires by the probation office.

　　6.　　The defendant shall support the defendant's dependents and meet other family responsibilities.

AMENDED CONDITIONS OF SUPERVISED
RELEASE- 1

7. The defendant shall work regularly at a lawful occupation.

8. The defendant shall notify the probation officer at least ten days prior to any change of residence or employment.

9. Restitution of $7,178,236.31 is due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than 10% of her gross monthly household income.

10. The defendant shall provide her probation officer with access to any requested financial information including authorization to conduct credit checks and obtain copies of the defendant's Federal Income Tax Returns.

11. The defendant shall maintain a single checking account in her name. The defendant shall deposit in to this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the probation office.

12. If the defendant maintains interest in any business or enterprise, the defendant shall, upon request, surrender and/or make available for review, any and all documents and records of said business or enterprise to the probation office.

13. The defendant shall disclose all assets and liabilities to the probation office. The defendant shall not transfer, sell, give away, or otherwise convey any asset, without first consulting with the probation office.

Dated this 23d day of November, 2015

Robert J. Bryan
United States District Judge

AMENDED CONDITIONS OF SUPERVISED
RELEASE- 2